**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STATE FARM FIRE AND CASUALTY COMPANY,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
          **Plaintiffs,**

-vs-                                           Case No. 6:04-cv-1882-Orl-22DAB

**SAMY F. BISHAI, M.D., P.C.;**
**SAMY F. BISHAI, M.D., P.A.;**
**SAMY F. BISHAI,**
          **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:** **MOTION TO COMPEL BETTER RESPONSES TO PLAINTIFFS' FIRST REQUEST TO PRODUCE TO DEFENDANTS (Doc. No. 73)**
>
> **FILED:** December 2, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED without prejudice in part**.

The parties' stipulations regarding discovery responses made on the record at the December 27, 2005 hearing are approved. Defendants are **ORDERED** to produce the financial statements and bank records. Defendants' objections to producing their tax returns are sustained, subject to Plaintiffs' discovery of new information suggesting the tax returns are more likely to lead to the discovery of admissible evidence. Defendants are **ORDERED** to produce the patient records from

their other lawsuit brought by Progressive Insurance **if and only if** Plaintiffs bear the expense of redacting the identifying information in the files of the Progressive Insurance patients.

> **MOTION:** **DEFENDANT'S MOTION FOR PRECLUSION [OF CERTAIN SUPPLEMENTAL WITNESSES] (Doc. No. 75)**
>
> **FILED:** **December 9, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**; however these witnesses will be limited to the rebuttal portion of the case.

Plaintiffs are **ORDERED** to exert their best efforts in providing current addresses and phone numbers for these witnesses by December 30, 2005.

> **MOTION:** **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO COMPEL THE DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS FROM NON-PARTY, JOHN SUNDEMAN, AND MOTION FOR SANCTIONS (Doc. No. 76)**
>
> **FILED:** **December 15, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. **It is ORDERED that John Sundeman make himself available to be deposed on January 3, 2006 at 9:00 a.m. Failure to make himself available may result in the imposition of monetary sanctions. This date and time may be modified by agreement of all affected parties.**

-3-

> **MOTION:** **DEFENDANTS' OPPOSED MOTION FOR LEAVE TO PROPOUND ADDITIONAL DISCOVERY AND EXTEND DISCOVERY DEADLINE (Doc. No. 78)**
>
> **FILED:** **December 19, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and Plaintiffs are **ORDERED** to respond the discovery (interrogatories and requests for production) as though it was timely served.

**DONE** and **ORDERED** in Orlando, Florida on December 27, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record